UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) Case No. 11-01809 |
| PAUL N. MURPHY and | ) Honorable Jack B. Schmetterer |
| CATHA MURPHY, | ) |
| | ) **Hearing: Thursday, March 29, 2012 at 10:30 a.m.** |
| Debtor. | ) |

FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION FOR NEAL, GERBER & EISENBERG LLP,
ATTORNEYS FOR DEBORAH M. GUTFELD, TRUSTEE FOR THE
BANKRUPTCY ESTATE OF PAUL N. MURPHY AND CATHA MURPHY

Trustee, Deborah M. Gutfeld, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Neal, Gerber & Eisenberg LLP ("NGE"), attorneys for Trustee, of compensation of $1,932.50 for 6.5 hours of legal services rendered to Trustee (including 1 hour of estimated time to prepare this Application and attend the hearing on same) as well as reimbursement for certain and necessary costs in the amount of $22.40, from June 21, 2011, to the present.

In support of this Final Application, Trustee states as follows:

I. COMMENCEMENT OF PROCEEDING

1. On January 18, 2011, Debtor filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Ms. Gutfeld was appointed trustee.

2. The meeting of creditors was held on March 3, 2011.

3. On March 4, 2011, Trustee entered her Report of No Distribution.

4. On or about June 21, 2011, Trustee was contacted by Debtors' counsel regarding an inheritance (the "Inheritance") the Debtors received on June 7, 2011.

NGEDOCS: 1874514.1

5.      On June 23, 2011, Trustee filed a Motion to Reopen Chapter 7 Case to Administer an Asset of the Case. The Court entered an Order reopening the Chapter 7 Case on June 30, 2011.

6.      On June 30, 2011, Trustee entered her Initial Report of Assets.

7.      On June 30, 2011, this Court entered an Order granting Trustee's application to employ Neal, Gerber & Eisenberg LLP as Trustee's General Counsel, retroactive to June 21, 2011.

8.      Trustee is currently holding approximately $15,327.76 in her Trustee bank account for this matter.

9.      All professional services for which compensation is requested herein were performed by NGE and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for her services as trustee herein, and does not request interim compensation for those services at this time.

## NATURE OF LEGAL SERVICES PERFORMED BY
## NEAL, GERBER & EISENBERG LLP

10.     NGE has served as counsel for the Trustee at all times in these proceedings since its appointment on June 30, 2011, retroactive to June 21, 2011. NGE has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT AND PROFESSIONAL PERSONS

11.     NGE prepared, drafted and obtained court approval to retain NGE as Trustee's General Counsel. In connection with the retention and request for payment, NGE expended 1.5 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $457.50. An itemized

breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Kevin G. Schneider | 1.5 |

### B. ASSETS

12. In connection with assets for this bankruptcy estate, NGE prepared the motion for reopening case to administer asset and attended the court hearing in connection with same. NGE researched procedures for redeeming treasury bonds and worked to get money from bonds into the estate. In connection therewith, NGE expended 5.0 hours for which it requests compensation of $1,475.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| **NAME** | **HOURS** |
|---|---|
| Kevin G. Schneider | 5.00 |

### II. STATEMENT OF LEGAL SERVICES AND EXPENSES

13. Since June 21, 2011, NGE has devoted 6.50 hours (including 1 hour of estimated time) to represent the Trustee, and has provided this estate with actual and necessary legal services worth $1,932.50.

14. In addition to fees requested above, NGE requests reimbursement for certain costs (copying and postage) in the amount of $22.40. Attached is **Exhibit B** is a breakdown of those costs.

15. Attached as **Exhibit C** is a biographical sketch (including billing rates) of the NGE personnel who performed services on this matter during the term of this Application.

NGEDOCS: 1874514.1

16. Attached as **Exhibit D** is Deborah M. Gutfeld's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A. Authorizing payment to NGE compensation in this bankruptcy proceeding in the amount of $1,932.50 for actual, necessary and valuable professional services rendered;

B. Authorizing the reimbursement of certain and necessary expenses in the amount of $22.40; and

C. For such other and further relief as this Court may deem equitable and just.

                                        DEBORAH M. GUTFELD, TRUSTEE


                                        By: _/s/ Kevin G. Schneider_____
                                             One of her attorneys

Nicholas M. Miller (ARDC #6295723)
Kevin G. Schneider (ARDC #6302942)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602
(312) 269-8000

NGEDOCS: 1874514.1