# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
PAUL N MURPHY § Case No. 11-01809
CATHA MURPHY §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604
   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on March 29, 2012 in courtroom 682 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: <u>Deborah M. Gutfeld</u>
                       Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
PAUL N MURPHY § Case No. 11-01809
CATHA MURPHY §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,376.95 |
| and approved disbursements of | $ | 49.19 |
| leaving a balance on hand of[1] | $ | 15,327.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DEBORAH M. GUTFELD | $ 2,287.70 | $ 0.00 | $ 2,287.70 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 1,954.90 | $ 0.00 | $ 1,954.90 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,242.60 |
| Remaining Balance | $ 11,085.16 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,142.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ 14,306.90 | $ 0.00 | $ 2,775.40 |
| 2 | N. A. Fia Card Services | $ 15,702.57 | $ 0.00 | $ 3,046.15 |
| 3 | N. A. Chase Bank Usa | $ 26,898.15 | $ 0.00 | $ 5,217.99 |
| 4 | Verizon Wireless | $ 235.16 | $ 0.00 | $ 45.62 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,085.16 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-01809-JBS
Paul N Murphy                                                       Chapter 7
Catha Murphy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 2               Date Rcvd: Mar 02, 2012
                               Form ID: pdf006            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
db/jdb      #+Paul N Murphy,    Catha Murphy,    6436 W. 181st Place,    Tinley Park, IL 60477-4257
aty          +Neal, Gerger & Eisenberg LLP,    Two North LaSalle Street,,    #1700,    Chicago, IL 60602-4000
16684641     +Bank of America Home Loans SVCA,    450 American St,    Simi Valley, CA 93065-6285
16684642    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
              Norcross, GA 30091)
16684643     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17589141      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17527669      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
16684644     +Freedman Anselmo Lindberg, LLC,    PO Box 3228,    Naperville, IL 60566-3228
16684645     +Pierce & Associates, P.C.,    One North Dearborn,    Suite 1300,    Chicago, IL 60602-4373

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17761454      E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 03 2012 03:41:13       VERIZON WIRELESS,
               PO BOX 3397,    BLOOMINGTON, IL 61702-3397
16684646     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 03 2012 03:41:13       Verizon,
               Attn: Bankruptcy,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16684640     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                               TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**            **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 2 of 2               Date Rcvd: Mar 02, 2012
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:

        Deborah M Gutfeld    on behalf of Trustee Deborah Gutfeld dgutfeld@perkinscoie.com,
         docketchi@perkinscoie.com
        Deborah Michelle Gutfeld    on behalf of Trustee Deborah Gutfeld gutfeldch7@ngelaw.com,
         dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
        Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com,
         dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
        Frank G. Cortese    on behalf of Debtor Paul Murphy CorteseLaw@gmail.com
        Kevin G Schneider    on behalf of Trustee Deborah Gutfeld kschneider@ngelaw.com
        Nicholas M Miller    on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                          TOTAL: 7