UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
                                        §
PAUL N MURPHY                           §    Case No. 11-01809
CATHA MURPHY                            §
                                        §
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DEBORAH M. GUTFELD_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Chase Bank Usa | | | | | |
| 1 | N. A. Fia Card Services | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 4 | Verizon Wireless | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-01809 | JBS | Judge: | Jack B. Schmetterer | | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PAUL N MURPHY | | | | | Date Filed (f) or Converted (c): | 01/18/2011 (f) |
| | CATHA MURPHY | | | | | 341(a) Meeting Date: | 03/03/2011 |
| For Period Ending: | 08/20/2012 | | | | | Claims Bar Date: | 09/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 800.00 | 0.00 | DA | 0.00 | FA |
| 4. Pension | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Stock | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Anticipated Tax Return | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7. 1997 Dodge Caravan | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. Inheritance (u) | Unknown | 15,376.47 | | 15,376.47 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.48 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $74,800.00 | $15,376.47 | | $15,376.95 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Draft TFR prepared. Waiting to receive NGE's Fees Application to finalize for DMG's review. Submit TFR and Fee Application to Tom Thornton for approval.

Initial Projected Date of Final Report (TFR): 12/31/2012    Current Projected Date of Final Report (TFR): 12/31/2012

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-01809 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: PAUL N MURPHY | Bank Name: Bank of America |
| CATHA MURPHY | Account Number/CD#: XXXXXX6387 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX9262 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 08/20/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/11 | 8 | Leona C. Murphy<br>1409 W. Shenandoah Street<br>Peoria, IL 61614 | Inheritance deposit | 1229-000 | $4,791.47 | | $4,791.47 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $4,791.48 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,791.52 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,791.56 |
| 10/13/11 | 8 | Federal Reserve Bank of Philadelphia | Inheritance deposit | 1229-000 | $75.00 | | $4,866.56 |
| 10/13/11 | 8 | Federal Reserve Bank of Philadelphia | Inheritance deposit | 1229-000 | $10.00 | | $4,876.56 |
| 10/17/11 | 8 | Federal Reserve Bank of Philadelphia<br>P.O. Box 20<br>Philadelphia, PA 19105-0020 | Inheritance deposit | 1229-000 | $10,500.00 | | $15,376.56 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $15,376.64 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.33 | $15,365.31 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,365.44 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.94 | $15,346.50 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,346.63 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.92 | $15,327.71 |
| 01/11/12 | INT | Bank of America | Post accrued interest for account number 4437826387. | 1270-000 | $0.05 | | $15,327.76 |
| 01/11/12 | | Transfer to Acct # xxxxxx6468 | Transfer of Funds from MMA account xxx6387 to Checking account xxx6468 | 9999-000 | | $15,327.76 | $0.00 |

| | | | | Page Subtotals: | $15,376.95 | $15,376.95 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

|                              |              |              |
|------------------------------|-------------:|-------------:|
| COLUMN TOTALS                | $15,376.95   | $15,376.95   |
| Less: Bank Transfers/CD's    | $0.00        | $15,327.76   |
| Subtotal                     | $15,376.95   | $49.19       |
| Less: Payments to Debtors    | $0.00        | $0.00        |
| Net                          | $15,376.95   | $49.19       |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 11-01809 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PAUL N MURPHY | Bank Name: | Bank of America |
| | CATHA MURPHY | Account Number/CD#: | XXXXXX6468 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9262 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 08/20/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | | Transfer from Acct # xxxxxx6387 | Transfer of Funds from MMA account xxx6387 to Checking account xxx6468 | 9999-000 | $15,327.76 | | $15,327.76 |
| 03/30/12 | 2001 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,287.70 | $13,040.06 |
| 03/30/12 | 2002 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1900<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,954.90 | $11,085.16 |
| 03/30/12 | 2003 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 1 representing a payment of 19.40 % per court order. | 7100-000 | | $2,775.40 | $8,309.76 |
| 03/30/12 | 2004 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 19.40 % per court order. | 7100-000 | | $3,046.15 | $5,263.61 |
| 03/30/12 | 2005 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 3 representing a payment of 19.40 % per court order. | 7100-000 | | $5,217.99 | $45.62 |
| 03/30/12 | 2006 | Verizon Wireless<br>Po Box 3397<br>Bloomington, Il 61702-3397 | Final distribution to claim 4 representing a payment of 19.40 % per court order. | 7100-000 | | $45.62 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,327.76 | $15,327.76 |
| Less: Bank Transfers/CD's | $15,327.76 | $0.00 |
| Subtotal | $0.00 | $15,327.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $15,327.76 |

Page Subtotals: $15,327.76   $15,327.76

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6387 - Money Market Account | $15,376.95 | $49.19 | $0.00 |
| XXXXXX6468 - Checking | $0.00 | $15,327.76 | $0.00 |
| | $15,376.95 | $15,376.95 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,376.95 |
| Total Gross Receipts: | $15,376.95 |

Page Subtotals: $0.00  $0.00