UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
PAUL N MURPHY § Case No. 11-01809
CATHA MURPHY §
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DEBORAH M. GUTFELD_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-01809 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|---|---|---|
| Case Name: | PAUL N MURPHY | | | | Date Filed (f) or Converted (c): | 01/18/2011 (f) |
| | CATHA MURPHY | | | | 341(a) Meeting Date: | 03/03/2011 |
| For Period Ending: | 11/13/2014 | | | | Claims Bar Date: | 09/30/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 4. Pension | 65,000.00 | 0.00 | | 0.00 | FA |
| 5. Stock | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. Anticipated Tax Return | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. 1997 Dodge Caravan | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Inheritance (u) | 16,862.37 | 15,376.47 | | 15,376.47 | FA |
| 9. Equity in a 50% interest in a Land Trust from mother's estat (u) | 42,500.00 | 42,328.75 | | 42,328.75 | FA |
| 10. Unadministered interests in bank accounts and insurance poli (u) | 24,080.93 | 12,708.41 | | 12,708.41 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.48 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $158,243.30 | $70,413.63 | | $70,414.11 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case reopened on December 3, 2013 in order for Trustee to administer additional assets. Order Granting Motion to Approve Settlement Between Trustee and Debtors Pursuant to Federal Rule of Bankruptcy Procedure 9019 was entered on April 21, 2014. Assets are fully administered by Trustee.

Initial Projected Date of Final Report (TFR): 12/31/2012     Current Projected Date of Final Report (TFR): 09/30/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-01809 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: PAUL N MURPHY | Bank Name: Associated Bank |
| CATHA MURPHY | Account Number/CD#: XXXXXX7924 |
| | Checking |
| Taxpayer ID No: XX-XXX9262 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 11/13/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/17/14 | 9 | CEFCU<br>Cashier's Check<br>P.O. Box 1715<br>Peoria, IL 61656-1715 | Payment per 03.07.14 court order | 1229-000 | $42,328.75 | | $42,328.75 |
| 04/17/14 | 10 | First Midwest Bank<br>Official Check<br>For: Paul N. Murphy | Payment per 04.17.14 court order | 1229-000 | $12,708.41 | | $55,037.16 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $55,037.16 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $55,037.16 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $55,037.16 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*    Page Subtotals:    $55,037.16    $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-01809 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PAUL N MURPHY | Bank Name: | Bank of America |
| | CATHA MURPHY | Account Number/CD#: | XXXXXX6387 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX9262 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 11/13/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/19/11 | 8 | Leona C. Murphy<br>1409 W. Shenandoah Street<br>Peoria, IL  61614 | Inheritance deposit | 1229-000 | $4,791.47 | | $4,791.47 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $4,791.48 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,791.52 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,791.56 |
| 10/13/11 | 8 | Federal Reserve Bank of Philadelphia | Inheritance deposit | 1229-000 | $75.00 | | $4,866.56 |
| 10/13/11 | 8 | Federal Reserve Bank of Philadelphia | Inheritance deposit | 1229-000 | $10.00 | | $4,876.56 |
| 10/17/11 | 8 | Federal Reserve Bank of Philadelphia<br>P.O. Box 20<br>Philadelphia, PA  19105-0020 | Inheritance deposit | 1229-000 | $10,500.00 | | $15,376.56 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $15,376.64 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.33 | $15,365.31 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,365.44 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.94 | $15,346.50 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,346.63 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.92 | $15,327.71 |
| 01/11/12 | INT | Bank of America | Post accrued interest for account number 4437826387. | 1270-000 | $0.05 | | $15,327.76 |
| 01/11/12 | | Transfer to Acct # xxxxxx6468 | Transfer of Funds from MMA account xxx6387 to Checking account xxx6468 | 9999-000 | | $15,327.76 | $0.00 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | $15,376.95 | $15,376.95 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $15,376.95 | $15,376.95 |
| Less: Bank Transfers/CD's | $0.00 | $15,327.76 |
| Subtotal | $15,376.95 | $49.19 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,376.95 | $49.19 |

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-01809 | Trustee Name: | DEBORAH M. GUTFELD |
|---|---|---|---|
| Case Name: | PAUL N MURPHY | Bank Name: | Bank of America |
| | CATHA MURPHY | Account Number/CD#: | XXXXXX6468 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9262 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 11/13/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/11/12 | | Transfer from Acct # xxxxxx6387 | Transfer of Funds from MMA account xxx6387 to Checking account xxx6468 | 9999-000 | $15,327.76 | | $15,327.76 |
| 03/30/12 | 2001 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Payment of trustee fees per court order (docket no. 36) | 2100-000 | | $2,287.70 | $13,040.06 |
| 03/30/12 | 2002 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1900<br>Chicago, IL 60602 | Payment of legal fees per court order (docket no. 35) | 3210-000 | | $1,954.90 | $11,085.16 |
| 03/30/12 | 2003 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 1 representing a payment of 19.40 % per court order. | 7100-000 | | $2,775.40 | $8,309.76 |
| 03/30/12 | 2004 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 2 representing a payment of 19.40 % per court order. | 7100-000 | | $3,046.15 | $5,263.61 |
| 03/30/12 | 2005 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 3 representing a payment of 19.40 % per court order. | 7100-000 | | $5,217.99 | $45.62 |
| 03/30/12 | 2006 | Verizon Wireless<br>Po Box 3397<br>Bloomington, Il 61702-3397 | Final distribution to claim 4 representing a payment of 19.40 % per court order. | 7100-000 | | $45.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $15,327.76 | $15,327.76 |
| Less: Bank Transfers/CD's | $15,327.76 | $0.00 |
| Subtotal | $0.00 | $15,327.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $15,327.76 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | Page Subtotals: | $15,327.76 $15,327.76 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6387 - Money Market Account | $15,376.95 | $49.19 | $0.00 |
| XXXXXX6468 - Checking | $0.00 | $15,327.76 | $0.00 |
| XXXXXX7924 - Checking | $55,037.16 | $0.00 | $55,037.16 |
|  | $70,414.11 | $15,376.95 | $55,037.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $70,414.11 |
| Total Gross Receipts: | $70,414.11 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-01809  
Debtor Name: PAUL N MURPHY  
Claims Bar Date: 9/30/2011  

Date: November 13, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $4,483.01 | $4,483.01 |
| 100 2200 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $0.00 | $0.00 |
| 100 3110 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $1,954.90 | $1,954.90 |
| 100 3110 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $10,348.50 | $10,348.50 |
| 100 3120 | Perkins Coie LLP<br>131 S. Dearborn St., Suite 1700<br>Chicago, IL 60603-5559 | Administrative<br>Payment Status: Valid To Pay | | $0.00 | $20.00 | $20.00 |
| 1 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 07/11/2011 | $0.00 | $14,306.90 | $14,306.90 |
| 2 300 7100 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 07/11/2011 | $0.00 | $15,702.57 | $15,702.57 |
| 3 300 7100 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 07/26/2011 | $0.00 | $26,898.15 | $26,898.15 |
| 4 300 7100 | Verizon Wireless<br>Po Box 3397<br>Bloomington, Il 61702-3397 | Unsecured<br>Payment Status: Valid To Pay | Date Filed: 09/06/2011 | $0.00 | $235.16 | $235.16 |
| | Case Totals | | | $0.00 | $73,949.19 | $73,949.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-01809 Date: November 13, 2014
Debtor Name: PAUL N MURPHY
Claims Bar Date: 9/30/2011

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                Exhibit D

Case No.: 11-01809
Case Name: PAUL N MURPHY
               CATHA MURPHY
Trustee Name: DEBORAH M. GUTFELD

        Balance on hand                                             $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ | $ | $ |
| Attorney for Trustee Fees: Perkins Coie LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Perkins Coie LLP | $ | $ | $ |
| Other: Neal Gerber & Eisenberg LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____
    Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ | $ | $ |
| 2 | N. A. Fia Card Services | $ | $ | $ |
| 3 | N. A. Chase Bank Usa | $ | $ | $ |
| 4 | Verizon Wireless | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE